# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SHANGHAI TENCENT PENGUIN FILM CULTURE MEDIA CO., LTD.; SHENZHEN TENCENT COMPUTER SYSTEM CO., LTD.; and TENCENT TECHNOLOGY (BEIJING) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNBLOCKTECH, et al., <br><br> Defendants. | **CIVIL NO. 6:23-CV-300-ADA-JCM** |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS UNBLOCKTECH, DALI TONGDA TECHNOLOGY LIMITED, HK-UB, UNBO STORE-USA, AND HOPE OVERSEAS

Plaintiffs Shanghai Tencent Penguin Film Culture Media Co., Ltd., Shenzhen Tencent Computer System Co., Ltd, and Tencent Technology (Beijing) Co., Ltd. by and through their undersigned counsel, hereby move for default judgment against Defendants UnblockTech Taiwan Co., Ltd., Dali Tongda Technology Limited, HK-UB, Unbo Store, and Hong Kong Hope Overseas Trading Co., Ltd. pursuant to Federal Rule of Civil Procedure 55(b). The grounds for Plaintiffs' motion are fully set forth in the Opening Brief, and the exhibits attached thereto, filed contemporaneously herewith and the papers, records, and pleadings on file with the Court.

Dated: November 25, 2024                                Respectfully submitted,

*/s/ Chao Wang*
Chao Wang, Bar No. 289325 (*pro hac* vice)
wendy.wang@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road Building One, Suite 200
Palo Alto, California 94304-1007

Jose Villarreal
BAKER BOTTS L.L.P.
401 South 1st Street
Suite 1300
Austin, TX 78704
Tel: (512) 322-2551
Email: jose.villarreal@bakerbotts.com

Cheryl A. Cauley (*pro hac vice*)
CA Bar No. 252262
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Tel: (650) 739-7557
Email: cheryl.cauley@bakerbotts.com

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 25, 2024 to all counsel of record, via the Court's CM/ECF system.

*/s/ Chao Wang*
Chao Wang