**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| SHANGHAI TENCENT PENGUIN FILM CULTURE MEDIA CO., LTD.; SHENZHEN TENCENT COMPUTER SYSTEM CO., LTD.; and TENCENT TECHNOLOGY (BEIJING) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNBLOCKTECH TAIWAN CO., LTD., et al., <br><br> Defendants. | **CIVIL NO. 6:23-CV-300-ADA-JCM** |

**ORDER GRANTING PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Before the Court is the motion for default judgment (the "Motion") filed by Plaintiffs Shanghai Tencent Penguin Film Culture Media Co., Ltd., Shenzhen Tencent Computer System Co., Ltd., and Tencent Technology (Beijing) Co., Ltd.'s (collectively, "Plaintiffs") against Defendants UnblockTech Taiwan Co., Ltd. ("UnblockTech"), Dali Tongda Technology Limited ("Dali Tongda"), HK-UB, Hope Overseas Trading Co., Limited ("Hope Overseas"), Unbo Store-USA ("Unbo Store"), and MT Technology Inc. ("MT Technology") (collectively, "Defaulting Defendants"). Plaintiffs seek monetary damages, as set forth below, and entry of a permanent injunction.

Having reviewed the facts and the applicable law, the Court has determined that the Motion should be GRANTED.

The Court hereby ENTERS the following final judgment:

1.  Each of the Defaulting Defendants is currently in default, with default entered against each of them by the Clerk of this Court. *See* Dkt. No. 116 (default entered against Dali Tongda, HK-UB, and Unbo Store on Sept. 21, 2023); Dkt. No. 132 (default entered against MT Technology on Jan. 29, 2024); Dkt. No. 158 (default entered against UnblockTech and Hope Overseas on Oct. 30, 2024).

2.  The Court finds for Plaintiffs against each of the Defaulting Defendants on Plaintiffs' claims for direct copyright infringement (against Defendant UnblockTech) (claim 1); inducing and materially contributing to copyright infringement (against all Defaulting Defendants) (claim 2); and for vicarious copyright infringement (against Defendant UnblockTech) (claim 3).

3.  Defaulting Defendants, including each of their respective officers, directors, managers, owners, agents, servants, employees, successors, assigns, affiliates, subsidiaries, parents, related companies, and all other persons acting on their behalf or in concert with them, are permanently enjoined from any and all unauthorized use of the Tencent Shows listed in Exhibit A attached to this Order and any Tencent copyrighted works released in the future (collectively, "Tencent Copyrights"), including but not limited to (a) copying, displaying, publicly performing, distributing, importing, or creating derivative works of the Tencent Copyrights; (b) importing, transmitting, or distributing the Tencent Copyrights over the Internet, or by other means, to persons not authorized by Plaintiffs to receive or view the Tencent Copyrights, including but not limited to through any UBOX or similar product and/or through the UPTV, UPVod2.0, UP playback 2.0, UPcinema, HD theater, or similar applications; (c) manufacturing, selling, advertising, distributing, and/or importing any UBOX products or any product which operates in substantially the same manner as any UBOX product; and (d) assisting, aiding, or abetting any person in conducting any of the activities described in parts (a)-(c) of this paragraph.

4. The permanent injunction described above supersedes the Court's preliminary injunction entered on June 23, 2023 (Dkt. No. 79), as modified on July 10, 2023 (Dkt. No. 85), which is hereby dissolved. The Clerk shall remit to Plaintiffs their $50,000 bond posted for the preliminary injunction.

5. Plaintiffs shall recover from each Defaulting Defendant statutory damages for unauthorized use of the works pursuant to 17 U.S.C. § 504(c)(1) in the amount of up to $30,000 for each registered work infringed, and $150,000 for each registered work infringed in accordance with 17 U.S.C. § 504(c)(2), as follows:

> a. $15,150,000 against UnblockTech and $15,150,000 against Dali Tongda, jointly and severally with HK-UB, Unbo Store, and Hope Overseas ($150,000 statutory damages per infringement for 101 works); and
>
> b. $27,225,000 against UnblockTech and $27,225,000 against Dali Tongda, jointly and severally with HK-UB, Unbo Store, and Hope Overseas, ($30,000 per infringement for 250 Award-Winning Shows and $15,000 per infringement for 1,315 remaining Tencent Shows not eligible for statutory damages).

6. Plaintiffs are granted leave to file a motion for attorneys' fees and costs associated with this action within sixty (60) days of the date of this Order.

7. This Court shall retain jurisdiction for the purpose of enforcing the provisions of this Order.

This judgment is intended to be final and to resolve all claims and issues in the case. The Clerk is ORDERED to close the case.

-4-

Entered February 7th, 2025.

HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

-5-

# EXHIBIT A

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| My Deepest Dream | "Wu Yun Yu Jiao Yue" "乌云遇皎月" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 30 | Registered (*see* Ex. 16)<br><br>Ep.13; Ep.15; Ep.16; Ep.17; Ep.18; Ep.25 |
| Cute Bodyguard | "Na Xiao Zi Bu Ke Ai" "那小子不可爱" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | Registered (*see* Ex. 17)<br><br>Ep.11; Ep.12; Ep.13; Ep.14; Ep.15; Ep.16 |
| Winter Night | "Zai Ni De Dong Ye Li Shan Yao" "在你的冬夜里闪耀" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | Registered (*see* Ex. 18)<br><br>Ep.5; Ep.6; Ep.8; Ep.10; Ep.11; Ep.15 |
| She and Her Perfect Husband | "Ai De Er Ba Ding Lv" "爱iy,j二八定律" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | Registered (*see* Ex. 19)<br><br>Ep.27; Ep.28; Ep.29; Ep.30; Ep.35; Ep.40 |
| Women Walk the Line | "Wo Men De Dang Da Zhi Nian" "我们IYJ 当打之年" | Tencent Technology (Beijing) Co., Ltd | 36 | Registered (*see* Ex. 20)<br><br>Ep.1; Ep.2; Ep.10; Ep.11; Ep.12; Ep.20 |
| Accidentally Meow on You | "Yi Bu Xiao Xin Miao Shang Ni" "一不小心喵上你" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | Registered (*see* Ex. 22)<br><br>Ep.1; Ep.2; Ep.3; Ep.4; Ep.5; Ep.6 |
| Time and Him are Just Right | "Shi Guang Yu Ta Qia Shi Zheng Hao" "时光与他,恰是正好" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 25 | Registered (*see* Ex. 23)<br><br>Ep.1; Ep.2; Ep.3; Ep.4; Ep.5; Ep.6 |
| Will Love in Spring | "Chun Se Ji Qing Ren "春色寄情人 " | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 21 | Registered (*see* Ex. 25)<br><br>Ep.1 to Ep.21 |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| Xiao Ri Zi | "Xiao Ri Zi" "小日子" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 26 | Registered (*see* Ex. 27)<br><br>Ep.1 to Ep.26 |
| Three Body | "San Ti" "三体" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 30 | Registered (*see* Ex. 24)<br><br>Ep.1; Ep.2; Ep.3; Ep.7; Ep.8; Ep.10 |
| The Long Season | "Man Chang De Ji Jie" (漫长的季节) | Shanghai Tencent Penguin Film Culture Media Co., Ltd; Tencent Technology (Beijing) Co., Ltd | 12 | Registered (*see* Ex. 26)<br><br>Ep. 1; Ep. 2; Ep. 3; Ep. 4; Ep. 6; Ep. 7 |
| Lost You Forever | "Chang Xiang Si" "长相思" | Tencent Technology (Beijing) Co., Ltd. | 39 | Registered (see Ex. 31) |
| My Deepest Dream | "Wu Yun Yu Jiao Yue" "乌云遇皎月" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 30 | (Late) Registered (*see* Ex. 16)<br>Ep.1; Ep.2; Ep.3; Ep.4; Ep.5 |
| Cute Bodyguard | "Na Xiao Zi Bu Ke Ai" "那小子不可爱" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | (Late) Registered (*see* Ex. 17)<br><br>Ep.1; Ep.2; Ep.3; Ep.4; Ep.5 |
| She and Her Perfect Husband | "Ai De Er Ba Ding Lv" "爱iy,j二八定律" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | (Late) Registered (*see* Ex. 19) Ep.3; Ep.10; Ep.11; Ep.12; Ep.13 |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| An Exciting Offer S4 | "Ling Ren Xin Dong De Offer Di Si Ji" "令人 心动 的 offer（第四季） | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 10 | (Late) Registered (*see* Ex. 21)<br><br>Ep.1; Ep.2; Ep.3; Ep.4; Ep.5; Ep.6 |
| The Long Season | "Man Chang De Ji Jie" (漫长的季节) | Shanghai Tencent Penguin Film Culture Media Co., Ltd; Tencent Technology (Beijing) Co., Ltd | 12 | Registered (*see* Ex. 26)<br><br>Ep.5 |
| Choice Husband | "Ze Jun Ji" (择君记) | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 30 | (Late) Registered (*see* Ex. 32) |
| Belated First Love | "Chi Dao De Chu Lian" (迟到的初恋) | Shenzhen Tencent Computer System Co., Ltd. | 32 | (Late) Registered (*see* Ex. 33) |
| The Forbidden Flower | "Xia Hua" (夏花) | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 24 | (Late) Registered (*see* Ex. 34) |
| Romance of a Twin Flower | "Chun Gui Meng Li Ren" (春闺梦里人) | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 38 | (Late) Registered (*see* Ex. 35) |
| The Love You Give me | "Ni Gei Wo De Xi Huan"（你给我的喜欢） | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 28 | (Late) Registered (*see* Ex. 36) |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| Wonderland of Love | "Le You Yuan" (乐游园 ) | Tencent Technology (Beijing) Co., Ltd. | 40 | Registered (*see* Ex. 40) |
| A Females Student Arrives In the Imperial College | "Guo Zi Jian Lai Le Ge Nv Di Zi" "国子监来了个女弟子" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 30 | Unregistered |
| A Girl Like Me | "Wo Jiu Shi Zhe Ban Nv Zi" "我就是这般女子" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | Unregistered |
| Cute Programmer | "Cheng Xu Yuan Na Mo Ke Ai" "程序员那么可爱" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 30 | Unregistered |
| Lie to Love | "Liang Yan Xie Yi" "良言写意 | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 32 | Unregistered |
| Novoland: Pearl Eclipse | "Hu Zhu Fu Ren" "斛珠夫人" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 48 | Unregistered |
| Once We Get Married | "Zhi Shi Jie Hun De Guan Xi" "只是结婚的关系" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | Unregistered |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| Soul Land | "Dou Luo Da Lu" "斗罗大陆 | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | Unregistered |
| The Oath of Love | "Yu Sheng Qing Duo Zhi Jiao" "余生请多指教" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 32 | Unregistered |
| The Autumn Ballad | "Yan Yu Fu" " 嫣语赋" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 34 | Unregistered |
| The Untamed | "Chen Qing Ling" "陈情令" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 50 | Unregistered |
| When You Be Me | "Fan Zhuan Ren Sheng" "反转人生" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 26 | Unregistered |
| Who Rules the World | "Qie Shi Tian Xia" "且试天下" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | Unregistered |
| You Are My Glory | "Ni Shi Wo De Rong Yao" "你是我的荣耀" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 32 | Unregistered |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| A Dream of Splendor | "Meng Hua Lu" "梦华录" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | Unregistered |
| Heroes | "Shuo Ying Xiong Shui Shi Ying Xiong" "说英雄谁是英雄" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 38 | Unregistered |
| Perfect World | "Wan Mei Shi Jie" "完美世界" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 130 | Unregistered |
| Hello, My Shining Love | "Yu Jian Cui Can De Ni" "遇见璀璨的你" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 43 | Unregistered |
| A Will Eternal | "Yi Nian Yong Heng" "一念永恒" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 108 | Unregistered |
| Stick to the Script | "Shi Xiong Qing An Ju Ben Lai" "师兄请按剧本来" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 40 | Unregistered |
| My Poison Lover | "Shuang Luo You Shi Jun" "霜落 又识君" | Shenzhen Tencent Computer System Co., Ltd | 25 | Unregistered |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| I am the Years you are the Stars | "Wo Shi Sui Yue Ni Shi Xing Chen" " 我是岁月你是星辰" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | Unregistered |
| Just Fiancée | "Zhi Shi Wei Hun Qi De Guan Xi" " " 只 是未婚妻的 关 | Shenzhen Tencent Computer System Co., Ltd | 22 | Unregistered |
| If I Never Loved You | "Ru Guo Cong Mei Ai Guo Ni" "如果从没爱过你" | Shenzhen Tencent Computer System Co., Ltd | 24 | Unregistered |
| Chong Zi | "Chong Zi" "重紫" | Tencent Technology (Beijing) Co., Ltd | 40 | Unregistered |
| Sword Snow Stride | "Xue Zhong Han Dao Xing" "雪中悍刀行" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 38 | Unregistered |
| Ancient Love Poetry | "Qian Gu Jue Chen" "千古玦尘" | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 49 | Unregistered |
| Lost You Forever S2 | "Chang Xiang Si" 长相思(第二季) | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 3 | Unregistered |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| Love Heals | "Ting Shuo Ni Xi Huan Wo" 听说你喜欢我 | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 36 | Unregistered (*see* Ex. 41) |
| A League of Nobleman | "Jun Zi Meng" 君子盟 | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 29 | Unregistered (*see* Ex. 42) |
| Miss Crow With Mr. Lizard | "Wu Ya Xiao Jie Yu Xi Yi Xian Sheng" 乌鸦小姐与蜥蜴先生 | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 36 | Unregistered (*see* Ex. 43) |
| Love Like the Galaxy | "Xing Han Can Lan" 星汉灿烂 | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 27 | Unregistered (*see* Ex. 44) |
| The Queen System | "Xi Tong Zhi Huang Hou Yang Cheng Ji" (系统之皇后养成记) | Shanghai Tencent Penguin Film Culture Media Co., Ltd. | 25 | Unregistered (*see* Ex. 45) |
| Shang Guo Fu | "Shang Guo Fu" (上国赋) | Shenzhen Tencent Computer System Co. Ltd | 24 | Unregistered |
| The Love You Give Me | "Ni Gei Wo De Xi Huan" (你给我的喜欢) | Shanghai Tencent Penguin Film Culture Media Co., Ltd; Tencent Technology (Beijing) Co., Ltd | 28 | Unregistered |

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| Romance of a Twin Flower | "Chun Gui Meng Li Ren" (春闺梦里人) | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 38 | Unregistered |
| Wo De Jiao Ren Di Di | "Wo De Jiao Ren Di Di"(我的鲛人弟弟) | Shenzhen Tencent Computer System Co. Ltd | 24 | Unregistered |
| Mi Xun | "Mi Xun"(谜寻) | Shenzhen Tencent Computer System Co. Ltd | 24 | Unregistered |
| Niang Niang Jin Ri Bu Shang Chao | "Niang Niang Jin Ri Bu Shang Chao"(娘 娘今日不上朝) | Shenzhen Tencent Computer System Co. Ltd | 25 | Unregistered |
| Bai Tuo Le Bie Zhui Wo | "Bai Tuo Le, Bie Zhui Wo" (拜 托 了,别追我) | Shenzhen Tencent Computer System Co. Ltd | 14 | Unregistered |
| Bodyguard | "Bu Xiang Lian Ai De Qian Xiao Jie" ( 不 想 恋 爱 的 千 小　姐 ) | Shenzhen Tencent Computer System Co. Ltd | 22 | Unregistered |
| Xia Yi Zhan Ni De Shi Jie | "Xia Yi Zhan Ni De Shi Jie"(下一站你的世界) | Shenzhen Tencent Computer System Co. Ltd | 24 | Unregistered |

-15-

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| The Forbidden Flower | "Xia Hua" (夏花) | Shanghai Tencent Penguin Film Culture Media Co., Ltd | 24 | Unregistered |
| Qin Ai De Cheng Ke, Ni Hao | "Qin Ai De Cheng Ke, Ni Hao"(亲爱的乘客,你好) | Shenzhen Tencent Computer System Co. Ltd | 19 | Unregistered |
| Take My Wife Away | "Kuai Ba Wo Fu Ren Dai Zou"(快把我夫人带走) | Shenzhen Tencent Computer System Co. Ltd | 40 | Unregistered |
| Please Don't Spoil Me (Season 5) | "Bai Tuo Le! Bie Chong Wo (Di Wu Jie)"拜托了!别宠我 (第五季) | Shenzhen Tencent Computer System Co. Ltd | 27 | Unregistered |
| Cai Men Ling | "Cai Men Ling"(彩门令) | Shenzhen Tencent Computer System Co. Ltd | 29 | Unregistered |
| Belated First Love | "Chi Dao De Chu Lian"(迟到的初恋) | Shenzhen Tencent Computer System Co. Ltd | 32 | Unregistered |
| Summer Love | "Xia Ri Bu Yi Ru Ai He"(夏日不宜入爱河) | Shenzhen Tencent Computer System Co. Ltd | 18 | Unregistered |

-16-

| Show Name | Chinese Name | Owner | # of Episodes | Registration Status |
|---|---|---|---|---|
| The Shoufu Can Read Mind | "Shou Fu Da Ren You Du Xin Shu"(首辅大人有读心术) | Shenzhen Tencent Computer System Co. Ltd | 20 | Unregistered |
| Please Don't Spoil Me (Season 5) | "Bai Tuo Le! Bie Chong Wo (Di Si Ji)"(拜托了！别宠我（第四季） | Shenzhen Tencent Computer System Co. Ltd | 24 | Unregistered |